UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18CR01018 JAR |
| ) | Case No. 4:18CR01029 JAR |
| GHUFRAN ABDALLAH JABER, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation and Order of United States Magistrate Judge John M. Bodenhausen (ECF No. 103 in Case No. 4:18CR01018JAR and ECF No. 73 in Case No. 4:18CR01029JAR). On May 29, 2019, Defendant Jaber filed a Motion to Dismiss Indictment (ECF No. 61 in Case No. 4:18CR01018JAR and ECF No. 38 in Case No. 4:18CR01029JAR) and a Motion to Suppress Statements (ECF No. 62 in Case No. 4:18CR01018JAR and ECF No. 39 in Case No. 4:18CR01029JAR). An evidentiary hearing was held on June 26, 2019. Magistrate Judge Bodenhausen recommends the Court deny Defendant's Motions to Dismiss Indictment and Motions to Suppress Statements.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge John M. Bodenhausen, who filed Memoranda, Order and Recommendations on September 4, 2019 (ECF No. 103 in Case No. 4:18CR01018JAR and ECF No. 73 in Case No. 4:18CR01029JAR). Defendant Jaber filed objections to the Memoranda, Order and Recommendations on September 25, 2019 (ECF No. 107 in Case No. 4:18CR01018JAR and ECF No. 77 in Case No. 4:18CR01029JAR). After full consideration, the Court finds that the

1

Magistrate Judge's conclusions are supported by the evidence, and Defendant Jaber's objections are not persuasive.

The Magistrate Judge recommends that the Motion to Dismiss Indictment and the Motion to Suppress Statements be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Memoranda, Order and Recommendations filed on September 4, 2019 (ECF No. 103 in Case No. 4:18CR01018JAR and ECF No. 73 in Case No. 4:18CR01029JAR) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Dismiss Indictment (ECF No. 61 in Case No. 4:18CR01018JAR and ECF No. 38 in Case No. 4:18CR01029JAR) and the Motion to Suppress Statements (ECF No. 62 in Case No. 4:18CR01018JAR and ECF No. 39 in Case No. 4:18CR01029JAR) are **DENIED**.

Dated this 23rd day of October, 2019.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE